UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JULIE WUN-LI CHEN,

    Plaintiff,

v.                                    Case No. 3:21-cv-906-TJC-MCR

THE CJS SOLUTIONS GROUP, LLC,

    Defendant.

_____

**ORDER OF ADMINISTRATIVE CLOSURE AND REFERENCE**

This case is before the Court on the parties' Joint Motion to Approve FLSA Settlement and Dismiss Count III of Plaintiff's Complaint With Prejudice (Doc. 22), filed on December 5, 2022. Accordingly, it is hereby

**ORDERED:**

1. The Court notes that Count III was brought under the Fair Labor Standards Act (FLSA). (See Doc. 3). FLSA provisions are mandatory, not subject to negotiation or bargaining between employers and employees, and not subject to waiver. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982).

2. Any motion for approval of a settlement reached by the parties is referred to the assigned United States Magistrate Judge for the preparation of a Report and Recommendation as to whether such settlement is a "fair and

reasonable resolution of a bona fide dispute" over FLSA issues. See Lynn's Food Stores, 679 F.2d at 1354–55. **If the parties wish to expedite the resolution of any such motion by allowing the United States Magistrate Judge to enter an order on the motion rather than preparing a Report and Recommendation to be considered by the undersigned, the parties may consent to the United States Magistrate Judge conducting all remaining proceedings in this action, including entry of judgment and any post judgment matters.**[1]

    3.    The Clerk of the Court is directed to terminate all pending motions, vacate all other deadlines, and administratively close this case pending further Order.

---

[1] The consent form may be found on the Court's website at https://www.flmd.uscourts.gov/sites/flmd/files/forms/flmd-ao85-notice-consent-and-reference-of-a-civil-action-to-a-magistrate-judge.pdf. Please note that all parties must execute the same form.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of December, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm

Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record